# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 12 CR 777 |
| | Judge James B. Zagel |
| JOHNNIE B. SANDERS. | |

## MEMORANDUM OPINION AND ORDER

Defendant Johnnie B. Sanders argues that a reduction of his sentence is warranted under the theory that a change in base offense levels would shorten his term. The law with respect to lessening of sentences deals with the statutes applicable to defendants who have previously been convicted of cocaine or crack offenses. These types of sentences could lead to a lower base offense level. The problem for Defendant is that he was not convicted of drug offenses. He was, in fact, convicted of a firearm violation under 18 U.S.C. § 922(g). Sanders appears to argue that his criminal conduct was really a drug offense rather than a gun offense. But, the fact remains that he was not convicted of a drug offense, he was convicted of a gun offense. The amendments enacted to permit reduction of drug offenses do not apply to Sanders. His crime was being a felon in possession of a firearm and, for this reason, he is not permitted to invoke the recent change in possible base offense levels in drug offenses. Sanders' motion to reduce his sentence is not applicable, and his motion is denied.

ENTER:

James B. Zagel
United States District Judge

DATE: May 16, 2016

1